UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARTIN A. GROMULAT,
                              Plaintiff,

v.

CYNTHIA WYNN, KELLY DARROW,
KATHY PANDEKAKES, and HUMAN
DEVELOPMENT SERVICES OF
WESTCHESTER,
                              Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/21

**ORDER**

20 CV 10490 (VB)

On June 4, 2021, plaintiff filed a second amended complaint ("SAC"). (Doc. #38).

Accordingly, it is hereby ORDERED that, by no later than June 25, 2021, defendants

may either: (i) file an answer to the SAC; or (ii) file a motion to dismiss the SAC; or (iii) notify

the Court by letter that they are relying on the initially filed motion to dismiss.


Dated: June 8, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge