**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MARTIN A. GROMULAT,

                          Plaintiff,                   20 **CIVIL** 10490 (VB)

       -against-                          **JUDGMENT**

CYNTHIA WYNN, KELLY DARROW, KATHY
PANDEKAKES, and HUMAN DEVELOPMENT
SERVICES OF WESTCHESTER,

                         Defendants.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 14, 2022, Defendants' motion to enforce

the parties' settlement agreement and dismiss the second amended complaint is GRANTED;

accordingly, this case is closed.


**Dated:** New York, New York
          February 14, 2022



                                **RUBY J. KRAJICK**
                               _____
                                **Clerk of Court**
             **BY:**
                                  **Deputy Clerk**